IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TY A. BOLLERUD,

    Plaintiff,

  v.

CITY OF JANESVILLE GOV.,
MARK FREITAG, WALD KLIMCZYK,
JENNIFER PETROZZELLTO and
KELLY BEDESSEM,

    Defendants.

Case No.  20-cv-882-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/19/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |